UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 19-60301-CR-SINGHAL(s)

UNITED STATES OF AMERICA

vs.

RICARDO MARTINEZ,
        Defendant.
_____/

## FACTUAL PROFFER

The United States Attorney's Office for the Southern District of Florida and Ricardo Martinez ("defendant"), hereby agree that, had this case proceeded to trial, the United States would have proven beyond a reasonable doubt the following facts, which occurred in the Southern District of Florida and elsewhere, among other additional facts:

On May 5, 2018, the Broward Sheriff's Office (BSO), Narcotics Interdiction Task Force conducted a parcel interdiction operation at the FedEx facility in Miramar, FL. During the operation, law enforcement observed six parcels that displayed characteristics common with parcels that contain and transport narcotics. A BSO Narcotics Canine was deployed to the six parcels and alerted to all of them for the presence of the odor of a controlled substance. State of Florida search warrants were obtained for the parcels. In total, the six parcels contained approximately 162 lbs. (73.5 kilograms) of marijuana. Of the six parcels that were seized, four of the parcels were addressed to postal boxes at UPS Stores located in Broward and Miami-Dade counties. Law enforcement responded to several of the UPS Stores and determined the accounts related to the parcels were opened using counterfeit Florida driver's licenses and counterfeit vehicle insurance cards.

Through subsequent investigation agents identified a number of individuals, including Martinez, involved in a conspiracy to ship bulk quantities of marijuana to South Florida from California and to manufacture and distribute anabolic steroids.

On September 13, 2018, a traffic stop was conducted on Jonael Mons, one of the charged co-defendants, in Miami-Dade County. A search of his vehicle yielded ten counterfeit driver's licenses in different names but bearing Mons' picture, ten counterfeit vehicle insurance cards, over $7,000 in U.S. currency, and six cellular telephones. Three unopened mail parcels were recovered from the back seat of Mons' vehicle. The two large boxes, showing an origination location of the Mail Max in Oakland, California, contained a total of 40.25 lbs. (18 kilograms) of marijuana. The smaller box originated in South Korea and after testing by a DEA chemist was determined to contain 1.5 kilograms of powdered testosterone cypionate, an anabolic steroid and Schedule III controlled substance. A fourth box was recovered from a UPS Store immediately adjacent to the traffic stop. A search warrant for that parcel was obtained and executed yielding approximately 30 lbs. (13 kilograms) of marijuana.

On the evening of September 13, 2018, law enforcement officers observed Del Pino, Espinosa, Martinez, and several other charged co-conspirators meeting at the Twin Peaks restaurant in Pembroke Pines. While inside, all subjects were overheard discussing the details of Mons' arrest. During the meeting, an undercover law enforcement officer heard Espinosa state, "The boxes we have coming in tomorrow should still be good. They shouldn't know about those." Del Pino then said, "We have to be smart about this, it isn't that hard."

Six Apple iPhones were located inside of Mons' vehicle at the time of his arrest. A federal search warrant was obtained for the phones. TFO James White analyzed the phones' contents. Two contained numerous text message communications between Martinez and other indicted

coconspirators. Several of these conversations detailed the transfer of narcotics proceeds using false identities, the receipt of illicit funds, and the shipment/receipt of parcels containing narcotics including anabolic steroids. For example, on July 24, July 27, and August 9, 2018, Mons and Martinez discuss Martinez picking up boxes from Mons. On the last date, Martinez says, "I need to pack orders tonight." On September 9, 2018, Martinez sent Mons a text that read, "We need 4 sus for tomorrow." A second text read, "And a T-bal." The messages refer to sustanon and testosterone, both anabolic steroids and Schedule III controlled substances.

On October 2, 2019, search warrants were executed at the homes of several suspected co-conspirators. In the homes of Miguel Roque Nunez, Christopher Espinosa, and Luis Del Pino, agents located steroid vials and boxes all labeled with the brand name "Toraxx." A phone seized from Roque Nunez contained text messages from May 26, 2018, in which Luis Del Pino tells Christopher Espinosa to return all "Toraxx" products to Martinez. Del Pino also tells Martinez to pick up all inventory and money owed from Espinosa.

Records obtained from UPS stores show that Martinez opened two UPS postal boxes on June 13, 2017, one in the name of Antonio Fernandez and one in the name Jorge Garcia. On February 3, 2017 he opened a UPS postal box in the name of Yoandy Suarez. Agents obtained photocopies of the counterfeit IDs used to open the accounts, which bore photographs of Martinez. Store records for the Jorge Garcia account include 19 signed package pick up receipts for packages that originated in Hong Kong and 17 receipts for domestic packages, almost all of which originated in California. Those packages were received between June 28, 2016 and November 1, 2017.

On January 14, 2020, an arrest warrant for Martinez was executed. He was read his Miranda rights which he waived verbally and in writing. In a recorded interview, Martinez admitted using counterfeit driver's licenses to open postal box accounts at UPS stores. He also admitted receiving

boxes of suspected narcotics, which he delivered to other co-conspirators. Martinez advised agents he was familiar with "Toraxx," that is was a steroid business, and that he had been paid by Luis Del Pino to mix anabolic steroids for distribution.

The contents of text message conversations in which Martinez participated, business records for UPS postal boxes opened by Martinez and shipping records from Mail Max and UPS, revealed that between in or around August 2016 through in or around May 2019, Martinez was personally involved with the distribution of marijuana and anabolic steroids totaling at least 100 kilograms of converted drug weight.

Date: 10/10/20

By: _____
ANITA G. WHITE
ASSISTANT UNITED STATES ATTORNEY

Date: 10/1/20

By: _____
JOAQUIN MENDEZ
ATTORNEY FOR DEFENDANT

Date: 10/2/20

By: _____
RICARDO MARTINEZ
DEFENDANT